**NEAL ENGWALL, DEAN TREW,
CHRISTIE SIKORA, CAROL BRIAM,
ROBERT SMITH, JERRY LIVERS,
MARSHA WOODS, FRANK RUDD,
GREG BUNN, EARL SCHUBE,
JACQUES BRIAM, REMY BRIAM,**     CASE NO. 8:22-cv-00638
**WILLIAM CELLI, ALTON FAIRCLOTH,
FRED HERAVI, SURESH IDNANI,
DAVID MOATS, RICH VOLDRICH,
MARK STEBLIN, ED HEALY,
ARVIND SHRESTHA, JOSH KENT,
MARK SCHULZE, RON RICHARDSON,
CHRISTOPHER LAFAY, ROBERT MILTON,
STEVE MIRAGLIA,
STEVE BLAUER,
MATTHEW DONIGHER,
THAHIRIH DONIGER,
KIM ELLIS,
WAYNE ENGLISH,
ROBERT GRIFFIN,
NANCY CUMMINGS, and
MARJORIE DAHLBERG, et al.; all individuals,
Derivatively on Behalf of PRIATEK, LLC,**

                    *Plaintiffs*,
            **v.**

**BOBBY TINSLEY, an individual, BRIAN
QUIMBY, an individual, SKUXCHANGE, LLC,
I2W TAMPA BAY, LLC, iTOUCH ORLANDO, LLC,
DREAMDAZE TECHNOLOGY, INC., et al.,**

                    *Defendants*,
            **and,**

**PRIATEK, LLC, a Delaware Limited Liability Company,**

                    *Nominal Defendant.*

_____ /



# NOTICE OF A RELATED ACTION

In accordance with Local Rule 1.07(C), I certify that the above captioned case:

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**United States Bankruptcy Court, Middle District of Florida, Orlando Division**
In Re: Milind Shashi Bharvirkar, Debtor
Chapter 11, Subchapter V
Case No. 6:21-bk-00835-KSJ
Adversary Proceeding No. 6:21-ap-00094-KSJ

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

March 22, 2022                                         Respectfully submitted,

                                                        **THE USMAN LAW FIRM, P.A.**

                                                        /s/ *Derek P. Usman*
                                                        Derek P. Usman
                                                        Florida Bar No. 0120303
                                                        Attorney for Plaintiffs
                                                        Primary Email: derek@usmanfirm.com
                                                        The Usman Law Firm, P.A.
                                                        505 E Jackson Street, Suite 305
                                                        Tampa, FL 33602
                                                        (813) 377-1197
                                                        (813) 803-7652 Fax

