THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| NEAL ENGWALL, DEAN TREW,<br>CHRISTIE SIKORA, CAROL BRIAM,<br>ROBERT SMITH, JERRY LIVERS,<br>MARSHA WOODS, FRANK RUDD,<br>GREG BUNN, EARL SCHUBE,<br>JACQUES BRIAM, REMY BRIAM,<br>WILLIAM CELLI, ALTON FAIRCLOTH,<br>FRED HERAVI, SURESH IDNANI,<br>DAVID MOATS, RICH VOLDRICH,<br>MARK STEBLIN, ED HEALY,<br>ARVIND SHRESTHA, JOSH KENT,<br>MARK SCHULZE, RON RICHARDSON,<br>CHRISTOPHER LAFAY, ROBERT MILTON,<br>STEVE MIRAGLIA,<br>STEVE BLAUER,<br>MATTHEW DONIGHER,<br>THAHIRIH DONIGER,<br>KIM ELLIS,<br>WAYNE ENGLISH,<br>ROBERT GRIFFIN,<br>NANCY CUMMINGS, and<br>MARJORIE DAHLBERG, et al.; all individuals,<br>Derivatively on Behalf of PRIATEK, LLC, | CASE NO. 8:22-cv-00638 |

                              *Plaintiffs*,
       v.

BOBBY TINSLEY, an individual, BRIAN
QUIMBY, an individual, SKUXCHANGE, LLC,
I2W TAMPA BAY, LLC, iTOUCH ORLANDO, LLC,
DREAMDAZE TECHNOLOGY, INC., et al.,

                              *Defendants*,
       and,

PRIATEK, LLC, a Delaware Limited Liability Company,

                              *Nominal Defendant*.
_____/



**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiffs, Neal Engwall, et al. ("Plaintiffs"), respectfully requests this Court to grant leave to file an Amended Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, and in support of this motions says:

1. The Plaintiffs filed their original Complaint on March 18, 2022. (Doc. No. 1).

2. In haste to timely file their original complaint by the end of business day, Plaintiffs' counsel encountered software difficulties with formatting and filing the original complaint document, along with failing to attach corresponding exhibits.

2. Per instructions of the Clerk of Court, Plaintiffs filed a correctly formatted complaint on March 22, 2002 (Doc. No. 8).[1]

2. Plaintiffs have not served the Complaint on any defendant.

3. Rule 15(a)(2), F.R.Civ.P., allows Plaintiffs to amend their Complaint with the Court's leave. The rule further states that "The court should freely give leave when justice so requires."

4. The Court should also grant the motion to prevent delay in the proceedings. The substantive changes in the complaint are mainly the filing of exhibits.[2]

5. Leave to file an amended complaint would prevent service of an "incomplete" complaint to a defendant(s) and allow case management to progress efficiently.

**WHEREFORE**, Plaintiff prays that the Court grant this Motion and give leave to the Plaintiffs to file their Amended Complaint.

March 27, 2022                                          Respectfully submitted,

---

[1] Document 8 is erroneously labeled as an "Amended" complaint. The document represents Plaintiffs' original complaint.
[2] While the substantive change in the Amended Complaint would be to add the exhibits referenced in the Complaint, Plaintiffs' Amended Complaint would also include additional allegations and exhibits, including ones to clarify certain exhibits; along with revisions to the paragraph numbering of the complaint. Plaintiffs have not added additional claims to the original complaint.



**THE USMAN LAW FIRM, P.A.**

/s/ *Derek P. Usman*
Derek P. Usman
Florida Bar No. 0120303
Attorney for Plaintiffs
Primary Email: derek@usmanfirm.com
The Usman Law Firm, P.A.
505 E Jackson Street, Suite 305
Tampa, FL 33602
(813) 377-1197
(813) 803-7652 Fax

