**THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**NEAL ENGWALL, et al.,**

*Plaintiffs,*

**vs.**

**CASE NO. 8:22-cv-00638-WFJ-AAS**

**BOBBY TINSLEY, et al.,**

*Defendants,*

**and,**

**PRIATEK, LLC,**
**a Delaware Limited Liability Company,**

*Nominal Defendant.*

_______________________________________/

## PLAINTIFFS' MOTION FOR COURT APPROVAL OF VOLUNTARY DISMISSAL

Plaintiffs, NEAL ENGWALL, *et al.*, ("Plaintiffs"), by and through their undersigned attorneys, move this Court to approve the voluntary dismissal of the instant derivative action and enter an order providing the manner in which members of the Priatek, LLC are to be notified.

1. Pursuant to Rule 41(a)(1)(A)(i) and subject to Rule 23.1(c), Plaintiffs seek this Court's approval of the voluntary dismissal of this derivative action.

2. Defendants have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. (*See* Fed. R. Civ. P. 41(a)(1)(B)).

3. Plaintiffs further seek an order providing the manner in which members of the Priatek, LLC are to be notified via Notice of Voluntary Dismissal. (See Exhibit attached hereto).

## Memorandum of Law

The granting of the motion(s) lies wholly with the discretion of the District Court.

## Certification of Good Faith Conferral, Local Rule 3.01(g)

Undersigned counsel for the Plaintiff certifies that counsel for the parties have met and conferred and counsels for represented Defendants do not agree to the relief requested.

**WHEREFORE**, the Plaintiffs request that this Court grant their motion to approve the voluntary dismissal of the instant derivative action and enter an order providing the manner in which members of the Priatek, LLC are to be notified.

Dated: March 2, 2023

Respectfully submitted,

***/s/ Derek P. Usman***

Derek P. Usman
Florida Bar No. 0120303
Email: derek@usmanfirm.com
*Attorney for Plaintiffs*
**The Usman Law Firm, P.A.**
505 E Jackson Street, Suite 305
Tampa, FL 33602
(813) 377-1197 telephone

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of March, 2023, a true and correct copy of the foregoing has been provided electronically through the Court's CM/ECF filing system to all registered recipients.

/s/ ***Derek P. Usman***
Derek P. Usman, Attorney